Terry J. MOORE, Plaintiff—Appellant,

v.

J. MILLER, Corrections Officer; A. Taylor, Corrections Officer; Correctional Officer Brown; Sergeant Day, Defendants—Appellees.

No. 09–6270.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 14, 2009.

Decided: Nov. 2, 2009.

Terry J. Moore, Appellant Pro Se.

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry J. Moore appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moore v. Miller,* No. 7:08–cv–00614–gec–mfu, 2009 WL 113258 (W.D.Va. Jan. 15, 2009); (Feb. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*